UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
600 SUMMER STREET (NY) LLC                      :
                                                :
                       Plaintiff,               :
                                                :  **NOTICE OF DISMISSAL**
             v.                                 :  **PURSUANT TO FEDERAL RULES**
                                                :  **OF CIVIL PROCEDURE 41(a)**
NOAH SYNDERGAARD                                :  Civil Action No. 20-cv-3957
                                                :
                       Defendant                :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that this action is dismissed by Plaintiff in its entirety, with prejudice. The dismissal is made pursuant to Federal Rule of Civil Procedure 41(a).

June 19, 2020
New York, NY

                  SLARSKEY LLC

                  _____
                  David Slarskey
                  420 Lexington Avenue, Suite 2525
                  New York, NY  10170
                  (212) 658-0661
                  *Counsel for 600 Summer Street (NY) LLC*